**FILED**

June 23, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )    Case No. CR S-06-0256 GEB
        Plaintiff,               )
                                 )    ORDER FOR RELEASE OF
v.                               )    PERSON IN CUSTODY
                                 )
JOHAN GAJSEK,                    )
                                 )
        Defendant.               )

TO:     UNITED STATES MARSHAL:

        This is to authorize and direct you to release __JOHAN GAJSEK__ , Case No. __CR S-06-0256__

__GEB__ , Charge __21 USC §§ 846, 841 (a)(1)__ , from custody subject to the conditions contained in

the attached "Notice to Defendant Being Released" and for the following reasons:

        ___     Release on Personal Recognizance

        _✔_     Bail Posted in the Sum of $ 100,000. secured bond _____

                ___     Unsecured Appearance Bond

                ___     Appearance Bond with 10% Deposit

                ___     Appearance Bond with Surety

                ___     Corporate Surety Bail Bond

                _✔_     (Other)     with pretrial supervision and conditions _____

Issued at _Sacramento, CA_ on _June 23, 2006_ at __3:55 p.m.__ .

                                        By  _Dale A. Drozd_

                                            Dale A. Drozd
                                            United States Magistrate Judge

Original - U.S. Marshal