Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>      vs.<br><br>Johan Gajsek,<br><br>           Defendant | ) Case No.: CR.S. 06-256 GEB<br>)<br>) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE<br>)<br>) DATE:   November 3, 2006<br>) TIME:   9:00 a.m.<br>) COURT:  Hon. Garland E. Burrell<br>)<br>) |

        Defendants Johan Gajsek and Sukrajan Mann are charged in an
indictment alleging four counts of violations of 21 U.S.C. §§s
841(a)(1) & 846 – Conspiracy to Distribute and Possess with Intent to
Distribute MDMA.  A status conference was set for October 13, 2006.
The government has produced a large volume of discovery including
videotapes and CD roms.  The parties are reviewing discovery and
engaging in investigation, as well as involved negotiations regarding
settlement of this matter.

        The parties therefore request that the status conference be
continued to November 3, 2006 at 9:00 a.m.  This date is available
with the Court.   The parties agree that time should be excluded under

///

PDF created with pdfFactory trial version www.pdffactory.com

18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.


Dated: October 11, 2006          Respectfully submitted,


                                  _/s/ Shari Rusk_____
                                  Shari Rusk
                                  Attorney for Defendant
                                  Johan Gajsek

Dated: October 11, 2006
                                  /s/ Greg Foster by SR____
                                  Greg Foster
                                  Attorney for Defendant
                                  Sukrajan Mann

Dated: October 11, 2006          /s/ Robert Twiss by SR
                                    Robert Twiss
                                    Assistant United States Attorney



                                  **ORDER**


     IT IS SO ORDERED.  The Court finds excludable time through November 3, 2006, based on Local Code T4, giving counsel reasonable time to prepare.

DATED:  October 12, 2006

                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.

                                  United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com