Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>vs.<br><br>Johan Gajsek,<br><br>       Defendant | Case No.: CR.S. 06-256 GEB<br><br>STIPULATION AND ORDER TO ALLOW MR. GAJSEK TO TRAVEL ABROAD ON PRE-TRIAL RELEASE<br><br>Hon. Garland E. Burrell |

    Defendant Johan Gajsek pled guilty on December 8, 2006 to counts one, three and four of the indictment alleging violations of 21 U.S.C. §§s 841(a)(1) & 846 – Conspiracy to Distribute and Possess with Intent to Distribute MDMA.  Mr. Gajsek is on pre-trial release and has observed all conditions imposed.

    Mr. Gajsek was born and raised in Belgium, where his family still resides.  Mr. Gajsek's father is quite ill.  Mr. Gajsek desires to travel to Belgium to see his father.  Neither pre-trial services, nor the government object to this request. The parties therefore ask that the Court sign the attached order allowing Mr. Gajsek to travel to and from Belgium under the guidance and restriction of pre-trial services. Mr. Gajsek will travel in accordance with an itinerary approved by

pre-trial services and the government and will follow any conditions imposed by pre-trial services.

Dated: January 22, 2007            Respectfully submitted,


                                   _/s/ Shari Rusk_____
                                   Shari Rusk
                                   Attorney for Defendant
                                   Johan Gajsek


Dated: January 22, 2007     /s/ Robert Twiss by SR
                                   Robert Twiss
                                   Assistant United States Attorney



**ORDER**


     IT IS SO ORDERED.  The Court orders that Mr. Johan Gajsek be permitted to travel to and from Belgium under conditions set by pre-trial services.

DATED: January 30, 2007

                            _____FOR
                            GARLAND E. BURRELL, JR.
                            UNITED STATES DISTRICT JUDGE