SHARI RUSK, Bar #170313
Attorney At Law
1710 Broadway, # 111
Sacramento, California 95818
Telephone: (916) 804-8656
rusklaw@comcast.net

Attorney for Defendant
Johan Gajsek

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S 06-256 GEB |
| Plaintiff, | APPLICATION FOR AN ORDER TO EXONERATE PROPERTY BOND |
| v. | |
| JOHAN GAJSEK, | Hon. Garland E. Burrell |
| Defendant. | |

    Defendant Johan Gajsek, through his attorney Shari Rusk, hereby requests that the Court order the property bond be exonerated.  On October 5, 2007, Mr. Gajsek was been sentenced to a year and a day of prison and his case is closed.

    Mr. Gajsek was released on a property bond secured by the home of he and his wife, Tasha Gajsek.  The property securing the bond is 3300 Saxonville Way, Antelope, CA 95843.

    Because he has been sentenced and his case is closed, Mr. Gajsek now applies for an order exonerating the bond and requests that title be reconveyed to the owners of the property securing the bond, Johan and Tasha Gajsek.

Dated: October 8, 2007

                                        Respectfully submitted,

                                        /s/ Shari Rusk  
                                        SHARI RUSK

                                        Attorney for Defendant  
                                        JOHAN GAJSEK

**ORDER**

IT IS HEREBY ORDERED that the property bond securing defendant JOHAN GAJSEK'S release in the above-captioned case be exonerated and that title to the property at 3300 Saxonville Way, Antelope, CA 95843, be reconveyed back to the property's owners, Johan and Tasha Gajsek.

Dated: October 19, 2007.


Dated:  October 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge