UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                              RE:    Johan GAJSEK
                                     Docket Number:   2:06CR00256-02
                                     PERMISSION TO TRAVEL
                                     OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Belgium.  Gajsek is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On October 5, 2007, Gajsek was sentenced for the offense(s) of Conspiracy to Distribute and Possess With Intent to Distribute MDMA, and two counts of Distribution of MDMA.

**Sentence imposed:**  12 months and 1 day custody of the Bureau of Prisons; 60 month Term of Supervised Release (that began on September 8, 2008); $300 assessment (paid); $1,000 fine (paid); with special conditions of search; financial disclosure; financial restrictions; drug testing; cellular phone restrictions and disclosure requirements; mental health treatment; copayment for treatment or testing; and drug registration.

**Dates and Mode of Travel:**  February 7, 2009 until March 1, 2009

**Purpose:**  To visit parents including terminally ill father.

**RE:    Johan Gajsek**
**Docket Number:   2:06CR00256-02**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Terence E. Sherbondy

**Terence E. Sherbondy**
**Senior United States Probation Officer**

**DATED:**   January 8, 2009
Roseville, California
tes/cd

**REVIEWED BY:**         /s/ Richard A. Ertola
**Richard A. Ertola**
**Supervising  United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved    X                             Disapproved  _____

Dated:   January 14, 2009

GARLAND E. BURRELL, JR.
United States District Judge